IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30419
Summary Calendar
_____


FREDERICK SAMUELS,

                                        Plaintiff-Appellant,


                         versus


BILLY R. TRAVIS, Warden,
Individually and in his official
capacity as Warden, Avoyelles
Correctional Center; PAMEL WANEN,
Individually and in her official
capacity as LPN, Medical Department,
Avoyelles Correctional Center;
WARREN GATES, Individually and in
his official capacity as Classification
Officer, Avoyelles Correctional Center,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 94-CV-1907
_____

October 31, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Frederick Samuels argues that the district court erred in granting the defendants' motion for summary judgment and dismissing his claims that defendant Travis was deliberately indifferent to his serious medical needs and that defendants Gates and Travis, denied him the right to pursue his prison administrative remedies.

We have reviewed the record, the briefs, and the district court's opinion, and find that the district court's grant of the motion for summary judgment should be AFFIRMED substantially for the reasons adopted by the district court.

A F F I R M E D.